UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,    :
                                    Plaintiff,  :
                                               :      18 Cr. 813-04 (LGS)
                -against-                :
                                             :      SCHEDULING ORDER
    DIMITRI TSEPERKAS,                  :
                                  Defendant,  :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/03/2019

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Court previously ordered the defendant Dimitri Tseperkas to self-surrender to the Bureau of Prisons on January 6, 2020; and

    WHEREAS the defendant has requested, by and through his counsel Joseph Conway, an earlier self-surrender date. (Dkt. No. 134); and

    WHEREAS the Government has not objected to this application. It is hereby,

    **ORDERED** that Defendant Dimitri Tseperkas shall self-surrender to the designated Bureau of Prisons facility on December 9, 2019 to begin serving the sentence imposed by the Court on October 2, 2019.

    The Clerk of the Court is directed to terminate the letter motion at docket number 134.

Dated: December 3, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**